No. A–468 (88–6092). LANDRY v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. A–474 (88–6104). HAWKINS v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court. THE CHIEF JUSTICE and JUSTICE WHITE would deny the application.

No. D–722. IN RE DISBARMENT OF DOHERTY. Disbarment entered. [For earlier order herein, see 487 U. S. 1248.]

No. D–725. IN RE DISBARMENT OF PAUL. Disbarment entered. [For earlier order herein, see 487 U. S. 1249.]

No. D–730. IN RE DISBARMENT OF SWOFFORD. Disbarment entered. [For earlier order herein, see 487 U. S. 1249.]

No. D–732. IN RE DISBARMENT OF ANTON. Disbarment entered. [For earlier order herein, see 487 U. S. 1261.]

No. D–733. IN RE DISBARMENT OF BUSSEY. Disbarment entered. [For earlier order herein, see *ante*, p. 885.]

No. D–734. IN RE DISBARMENT OF NEWMAN. Disbarment entered. [For earlier order herein, see *ante*, p. 885.]

No. D–736. IN RE DISBARMENT OF CHESSON. Disbarment entered. [For earlier order herein, see *ante*, p. 885.]

No. 109, Orig. OKLAHOMA ET AL. v. NEW MEXICO. Motion of plaintiffs for leave to file a supplemental complaint granted. [For earlier order herein, see, *e. g.*, 486 U. S. 1052.]